IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **LYNNICE JACKSON** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:23-cv-01029** |
| | § | |
| **LEAR CORPORATION** | § | |
| | § | |
| **Defendant.** | § | |

**DEFENDANT'S NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1332(a), 1441 and 1446, Defendant LEAR CORPORATION ("Defendant"), by and through its attorneys, Ogletree, Deakins, Nash, Smoak & Stewart, P.C., files this Notice of Removal with respect to the case captioned *Lynnice Jackson v. Lear Corporation*, pending in the 96th Judicial District Court, Tarrant County, Texas, bearing Cause No. 096-345462-23 (the "State Court Action").  In support of this Notice of Removal, Defendant states as follows:

**I.**

**BACKGROUND**

1.     On or about September 5, 2023, Plaintiff Lynnice Jackson ("Plaintiff") filed an Original Petition ("Petition") against Defendant captioned *Lynnice Jackson v. Lear Corporation*, pending in the 96th Judicial District Court, Tarrant County, Texas, bearing Cause No. 096-345462-23.

2.     Defendant received service of the Original Petition on September 8, 2023. This Notice of Removal, together with all process, pleadings, and orders served on Defendant, or

---

otherwise on file in the lawsuit, are being filed in this Court within 30 days after the initial service of citation on Defendant. The removal is therefore timely under 28 U.S.C. § 1446(b).

## II.

### BASIS FOR REMOVAL – DIVERSITY JURISDICTION

1.      Diversity jurisdiction exists in "civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different States[.]" 28 U.S.C. § 1332(a).

2.      This Court has jurisdiction over this action, pursuant to 28 U.S.C. § 1332, because it is a civil action between citizens of different states, and the amount in controversy exceeds the sum of $75,000.00, exclusive of costs and interest.

3.      Plaintiff is a citizen and resident of Tarrant County, Texas. Pl.'s Pet. ¶ 3.1.

4.      Defendant is a Delaware corporation with its principal place of business in Southfield, Michigan. For purposes of diversity jurisdiction, "a corporation shall be deemed to be a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business." 28 U.S.C. § 1332(c)(1).

5.      Based on the foregoing, Defendant is considered a citizen of Delaware and Michigan for purposes of diversity jurisdiction.

6.      As Plaintiff is a citizen of Texas and Defendant is citizen of Delaware and Michigan, there is complete diversity of citizenship between the parties as of this Notice of Removal.

7.      As to the amount in controversy, Plaintiff seeks monetary damages over $250,000. Pl.'s Pet. ¶ 2.1.

8.      Pursuant to 28 U.S.C. § 1446, a notice of removal must be filed within 30 days of receipt by a defendant of the initial pleading setting forth the claim for relief upon which the civil action is based. 28 U.S.C. § 1446.  Here, Defendant was served through its registered agent on September 8, 2023.  Thus, this Notice has been filed within 30 days thereof, and, as such, removal is timely.

### III.

### COMPLIANCE WITH PROCEDURAL REQUIREMENTS

18.      Pursuant to 28 U.S.C. § 1446(a) and Local Rule 81.1, attached hereto as **Exhibit A** is an index of the documents filed in the State Court Action, and **Exhibits 1-4**, which includes the State Court Action's Docket Sheet, and copies of all documents filed in the State Court Action, other than discovery.  Defendant's Certificate of Interested Persons will be filed separately.

### IV.

### NOTICE

Defendant will file promptly a copy of this Notice of Removal with the clerk of the state court wherein the State Court Action has been pending and serve this Notice of Removal on all named parties to the removed case.

**WHEREFORE**, Defendant gives notice that the case captioned *Lynnice Jackson v. Lear Corporation*, pending in the 96th Judicial District Court, Tarrant County, Texas, bearing Cause No. 096-345462-23, is hereby removed to this Court.

Respectfully submitted,

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

/s/ *Andrew T. Turner*

Andrew T. Turner
Texas Bar No. 24008968
andrew.turner@ogletree.com
Shayna E. Dickman
Texas Bar No. 24120438
shayna.dickman@ogletree.com
8117 Preston Road, Suite 500
Dallas, TX 75225
Telephone: (214) 987-3800
Fax: (214) 987-3927

**ATTORNEYS FOR DEFENDANT**

---

## CERTIFICATE OF SERVICE

This is to certify that on the 9th day of October, 2023, I electronically transmitted the foregoing document to the Clerk of Court using the ECF system of filing, which will transmit a Notice of Electronic Filing to counsel for Plaintiff, an ECF registrant.

/s/ *Andrew T. Turner*
Andrew T. Turner

58563502.v1-OGLETREE

**DEFENDANT'S NOTICE OF REMOVAL**                                                    **PAGE 5**